## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: BK 11-82460 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 258 OF SARPY | ) | **STATEMENT OF QUALIFICATION** |
| COUNTY, NEBRASKA | ) | **UNDER SECTION 109(C) OF THE** |
| | ) | **UNITED STATES BANKRUPTCY CODE** |
| Debtor. | ) | |
| | ) | |

_____

     1.    Sanitary and Improvement District No. 258 of Sarpy County, Nebraska (the "Debtor") is a municipality, as such term is defined in Section 101(40) of the United States Bankruptcy Code;

     2.    The Debtor is specifically authorized in the capacity as a municipality or by name to be a debtor under Chapter 9 of the United States Bankruptcy Code by the laws of the State of Nebraska, or by governing officer or organization empowered by the laws of the State of Nebraska to authorize such an entity to be a debtor under Chapter 9;

     3.    The Debtor is insolvent;

     4.    The Debtor desires to effect a plan to adjust its debts; and

     5.    The Debtor has negotiated in good faith with creditors and has obtained the agreement of creditors holding at least a majority in the amount of claims of each class that such entity intends to impair under a plan under its Chapter 9 case.

     DATED this 29th day of September, 2011.

SANITARY AND IMPROVEMENT
DISTRICT NO.  258 OF SARPY COUNTY,
NEBRASKA,

By:    */s/ Martin P. Pelster_____*
       Martin P.  Pelster, #19223
Of    CROKER, HUCK, KASHER, DeWITT,
     ANDERSON & GONDERINGER, L.L.C.
    2120 South 72nd Street, Suite 1200
    Omaha, Nebraska 68124
    (402) 391-6777

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A MUNICIPALITY

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Statement of Qualification Under Section 109(C) of the United States Bankruptcy Code and that it is true and correct to the best of information and belief.

Dated:  September 29, 2011.

By:      */s/ Paul S. McCune*_____
Name:  Paul S. McCune_____
Title:    Chairman – Board of Trustees____

00455791.DOC