# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: BK 11-82460 |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT NO. 258 OF SARPY COUNTY, NEBRASKA | ) ) ) | **CHAPTER 9** |
| | ) | **VERIFICATION OF CREDITOR MATRIX** |
| Debtor. | ) ) | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A MUNICIPALITY

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the following Creditor Matrix consisting of 10 pages and that it is true and correct to the best of my knowledge, information, and belief.

Date:    September 29, 2011

Signature:    */s/ Paul S. McCune*
            Paul S. McCune, Chairman


            SANITARY AND IMPROVEMENT
            DISTRICT NO. 258 OF SARPY COUNTY,
            NEBRASKA,

            By:    */s/ Martin P. Pelster*
                Martin P. Pelster, #19223
            Of    CROKER, HUCK, KASHER, DeWITT,
                ANDERSON & GONDERINGER, L.L.C.
                2120 South 72nd Street, Suite 1200
                Omaha, Nebraska 68124
                (402) 391-6777

00456016.DOC

A.G. EDWARDS & SONS, INC.
ATTN: DEBBIE REYNOLDS
2801 MARKET ST., MCODE MO3880
ST. LOUIS, MO 63013


BRIAN & SHANNON FALKINBURG
2213 S RIVER ROCK DR.
PAPILLION, NE 68046


CHARLES SCHWAB & CO. INC.
ATTN: SECURITIES OPS-M. STAMY
2423 E LINCOLN DR.
PHOENIX, AZ 85016


CHARLES SCHWAB & CO (NIELAND)
ATTN: SECURITIES OPS-M. STAMY
2423 E LINCOLN DR.
PHOENIX, AZ 85016


DAD & CO.
C/O DA DAVIDSON - KAREN HARN
1111 N. 102nd COURT - STE 300
OMAHA, NE 68114-2194


DAVID C. KUEHL
2102 CAMPANILE RD
WATERLOO, NE 68069


DALE L. ZADINA
47832 MILL ROAD
ORD, NE 68862


KENYON D. & MARY I. HOFFMAN
1454 230th ST.
BOONE, IA 50036

```
PENFIRN CO. C/O FNB OMAHA
ATTN:  JONATHON RIPP
1620  DODGE  ST  -  STOP  CODE
1104
OMAHA, NE 68197


LINSCO PRIVATE LEDGER FBO CON
MUILENBURG,ATTN: CUSTODY DEPT
9785 TOWNE CENTRE DR.
SAN DIEGO, CA 92121



PHILLIP THIELEN
2237 S. 189th AVE. CIR.
OMAHA, NE 68130-2824



JOHN J. & DORIS B. WALSH
45 ENGLISH LANE
SHELTON, CT 06484-5363



WILLIAM R. HENGSTLER
PO BOX 105
CREIGHTON, NE 68729



ROBERTA M. URWILLER
16151 W. EAGLE RIDGE DR.
SURPRISE, AZ 85374-5119



RONALD L. & JOAN I. BRADSBY
3705 GENERAL CHENNAULT ST NE
ALBUQUERQUE, NM 87111



BILL L. & MARY L. ALLEN
26682 W. 109th ST.
OLATHE, KS 66061



JANE O. LIGHT
455 CARRIAGE WAY
DEERFIELD, IL 60015
```

PEARLE I. GERDES
1724 P. ST.
AUBURN, NE 68305


JANICE L. PICKREL
1304 ROAD 24
BENEDICT, NE 68316


HARVEY PICKREL JR.
1304 ROAD 24
BENEDICT, NE 68316


VERNON & CARIN GERDES
72769 634th AVE.
AUBURN, NE 68114


ROBERT & FRANCES GRABBERT
713 N. 75th ST.
OMAHA, NE 68114


MELISSA STEINER
9717 FIELDCREST DR.
OMAHA, NE 68114


RITA A. LORENZ
12215 N. 60TH ST.
OMAHA, NE 68152


FRED B. LORENZ
150 QUEBEC ST. APT 307
DENVER, CO 80230


DENNIS & GAYLENE LOMBARDI
517 S. POPLAR
NORTH PLATTE, NE 69101

BPU PARTNERSHIP
15728 L. ST.
OMAHA, NE 68135


MELINDA ANN PETERSON
15005 CEDAR CIR.
OMAHA, NE 68144


DARLENE & MICHAEL NOTHNAGEL
RR 4
McCOOK, NE 69001


JOHN B. PETRUS
516 COGLEYWOOD LN
COUNCIL BLUFFS, IA 51503


SUSAN P. THOMAS
3473 FOX HOLLOW DR.
MARIETTA, GA 30068


CHARLES WITT
504 MATTHIES DR.
PAPILLION, NE 68046


LYLE O. & AUDRA KAE HANSEN
4512 E 42nd ST.; 208
SIOUX FALLS, SD 57110


GERALD & ANGELINE LANGERMAN
121 HIGHWAY 15
FENTON, IA 50539


MASTER FARMS LLC
80152 NINE MILE AVE.
ARCADIA, NE 68815

LAVONNE M. LIPPOLD
1064 E. 3rd ST.
AINSWORTH, NE 69210


FIRSTIER BANK
PO BOX 730
KIMBALL, NE 69145


CENSTAT FINANCIAL INC.
ATTN: JAIME AMODEO
PO BOX 34350
OMAHA, NE 68134


FRED S. RIEBERSEHL; CHERI R.
CONNEALY; PAMALA SPRAOUGH
9920 DEVONSHIRE RD.
OMAHA, NE 68114


GARY L. CHRISP
PO BOX 251
ENCAMPMENT, WY 82325


RALPH F. WOODARD
16904 O CIR.
OMAHA, NE 68135


KURT W. GAETNER
4008 ROAD 131
GURLEY, NE 69141


VAN & DEBRA NERLAND
38546 128th ST.
ABERDEEN, SD 57401


A. ROBERT THOMAS
2940 S. 101st ST.
OMAHA, NE 68124

CHRISTOPHER R. SKOOG
1405 GARDEN GLEN LANE
PEARLAND, TX 77581


LARRY & BARBARA HAGEN
2821 S. 100th ST.
OMAHA, NE 68124


MURRAY NEWMAN
PO BOX 24169
OMAHA, NE 68124


SECURITY NATIONAL BANK
ATTN: LISA SALCEDO
PO BOX 31400
OMAHA, NE 68131


ALDRED E. & ANITA SWANSON
1501 W. 1st ST.
NORTH PLATTE, NE 69101


NORMAN P. MAHONEY
PO BOX 807
SIOUX CITY, IA 51102


ELSASSER CHIROPRACTIC OC
16759 L. CIR.
OMAHA, NE 68135


GUARANTY BANK TTEE; JOSEPHINE
DURIN TTEE, JOSEPHINE DURIN
PO BOX 1807
CEDAR RAPIDS, IA 52406-1807


RBC WEALTH MANAGEMENT
INVENTORY ACCOUNT
1120 SOUTH 101st ST.
OMAHA, NE 68114

```
RANDALL & ANNE HUMPHREYS
3932 MASON CREEK ROAD
WINSTON, GA 30187-1561



ROBERT J. HUCK
C/O CROKER HUCK ET AL
2120 S 72nd ST., SUITE 1200
OMAHA, NE  68124-2359



JEAN BUTTERFIELD
9 LOST SPIKE CT.
CAMDENTON, MO 65020-4096



JOSEFINA L. DURIN TTEE
JOSEFINA L. DURIN REV TRUST
3600 HONEYHILL DR. SE
CEDAR RAPIDS, IA 52403-1920



JAMES R. ERUSHA TTEE
MICHAEL W FULLER FAMILY TRUST
1157 ANTRIM CT
MARION, IA 52302-8969



JULIE FULLER TTEE
MICHAEL W FULLER FAMILY TRUST
1157 ANTRIM CT
MARION, IA 52302-8969



E. GLAZIER & J. MONTCONE TTEE
ELAINE S. GLAZIER REV TRUST
1573 CAMBRIDGE ST.; APT # 306
CAMBRIDGE, MA 02138-4379



THOMAS L. HEABEL TTEE
THOMAS L. HEABEL TRUST
PO BOX 233
SAINT ALBANS, MO 63073-0233



CAROL T. HILLS TTEE
CAROL  T. HILLS REVOC TRUST
2008 BALSAM DR. SW
CEDAR RAPIDS, IA 52404-2536
```

```
JARED S. HILLS TTEE
JARED S. HILLS REVOC TRUST
2008 BALSAM DR. SW
CEDAR RAPIDS, IA 52404-2536


PATRICIA C. KOZA
209 LEXINGTON AVE.
IOWA CITY, IA 52246-2414


JOAN M. LIPSKY
655 COTTAGE GRV AVE.
CEDAR RAPIDS, IA 52403-1806


GARY & HELEN MACEK TTEES
MILO MACEK FAMILY TRUST
515 38th ST. NE
CEDAR RAPIDS, IA 52402-6133


MARILYN Y. MAGID TTEE
MARILYN Y. MAGID REVOC TRUST
1 RESEARCH CENTER
MARION, IA 52302-5868


BRUCE & GERALDINE McGRATH
2278 COUNTY CLUB PKWY SE
CEDAR RAPIDS, IA 52403-1639


SHARI K. MEHLHOFF
3120 PINNEY WOODS LN SE
CEDAR RAPIDS, IA 52403-1981


ALEX A. MEYER TTEE
ALEX A. MEYER REV TRUST
PO BOX 67
MIDDLE AMANA, IA 52307-0067
```

```
JOANNE F. MEYER TTEE
JOANNE F. MEYER REV TRUST
PO BOX 67
MIDDLE AMANA, IA 52307-0067



HAROLD D. & SHIRLEY A. MILLS
191-175th AVE.
NEW BOSTON, IL 61272-8524



SHIRLEY A. MILLS
191-175th AVE.
NEW BOSTON, IL 61272-8524



DONNA M. NOCE TTEE
DONNA M. NOCETTEE REV TRUST
5706 SW SEYMOUR ST
PORTLAND, OR 97221-1934



THOMAS & JANICE SCHLESSELAMN
741 SEMINOLE DR.
FREEPORT, IL 61032-7131



ANNE E. SCHLEY TTEE
ANNE E. SCHLEY REV TRUST
3181 SILVER OAK TRL
MARION, IA 52302-9476



ROBERT B. SCHLET REV TRUST
3181 SILVER OAK TRL
MARION, IA 52302-9476



BONNIE K. SCHMIDT
3575 COTTAGE GROVE AVE SE
CEDAR RAPIDS, IA 52402-2908



US BANK & ROSE SCHWICHTENBERG
U/W SCHWICHTENBERG FAM IRR TR
1401 HOLLYWOOD BLVD NE
CEDAR RAPIDS, IA 52402-2908
```

```
ROSE SCHWICHTENBERG TTEES
1401 HOLLYWOOD BLVD NE
CEDAR RAPIDS, IA 52402-2908



PATRICIA A. SEDLACEK TTEE
PATRICIA A SEDLACEK REV TRUST
2250 COUNTRY CLUB PKWY SE
CEDAR RAPIDS, IA 52403-1639



GLADYS WINTZ
617 SHERIDAN RD
WATERLOO, IA 50701-4939



TD   AMERITRADE   FBO   KNAPP
FAMILY TRUST, ATTN: CAGE
1005 N AMERITRADE PALCE
BELLEVUE, NE 68005



WELLS  FARGO  BANK  N.A.  FBO
LAWRENCE & MARY FELDHACKER
PO BOX 1450 WF 9919
MINNEAPOLIS, MN 55485-9919



DOUGLAS COUNTY ATTORNEY
HALL OF JUSTICE
17TH AND FARNAM STREET
OMAHA, NE  68132



DOUGLAS COUNTY TREASURER
1819 FARNAM STREET
OMAHA, NE  68132
```