# UNITED STATES BANKRUPTCY COURT

District of Nebraska

In re __SID 258 of Sarpy County, NE__,
　　　　　　Debtor

Case No. __BK 11-82460__

Chapter __9__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See Attached. | | | | |

Date: __September 29, 2011__

　　　　　　　　　　　__/s/ Paul S. McCune__
　　　　　　　　　　　　　　Debtor

*[Declaration as in Form 2]*

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---:|
| A.G. Edwards & Sons, Inc. c/o Wells Fargo Advisors | Attn: Debbie Reynolds Mailcode Mo3880, 2801 Market St, St. Louis, MO 63013 | | | $859,440.80 |
| William L. Grewcock 2123 Mullen Road Omaha, NE 68124 | | | | $532,266.27 |
| First Clearing LLC c/o Wells Fargo Advisors | Attn: Debbie Reynolds Mailcode Mo3880, 2801 Market St, St. Louis, MO 63013 | | | $443,693.95 |
| Firstier Bank PO Box 730 Kimball, Ne 69145 | | | | $343,947.95 |
| Linsco Private Ledger FBO Con Muilenburg | Attn: Custody Dept (Acct 6218-9589) 9785 Towne Centre Dr. San Diego, CA 92121 | | | $296,983.42 |
| Reynold & Kathyrn Hochstein 28407 W. Maple Road Waterloo, NE 68069 | | | | $284,591.03 |
| Lyle & Audra Hansen 4512 E 42nd St., 208 Sioux Falls, SD 57110 | | | | $274,776.00 |
| Security National Bank | Attn: Lisa Salcedo PO Box 31400 Omaha, NE 68131 | | | $171,735.00 |
| Rodney Rhoden 1241 Gulf of Mexico Dr. # 505 Longboat Key, Fl 34228 | | | | $144,480.82 |
| DAD & Co. | c/o DA Davidson - Karen Harn 1111 N. 102nd Court - Ste 300 Omaha, NE 68114-2194 | | | $135,970.08 |
| Marilyn Magid, Trustee Marilyn Y. Magid Revocable Trust | c/o Linda Neighbor, 1 Research Center Marion, IA 52302-5868 | | | $131,283.16 |
| Censtat Financial Inc. | Attn: Jaime Amodeo PO Box 34350 Omaha, Ne 68134 | | | $114,490.00 |
| Michael E. Erman 8748 Frederick St. Omaha, NE 68124 | | | | $109,374.79 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| William R. Hengstler<br>PO Box 105<br>Creighton, NE 68729 | | | | $105,753.24 |
| Larry & Barbara Hagen<br>2821 S. 100th Street<br>Omaha, NE 68124 | | | | $103,041.00 |
| Gerald & Angeline Langerman<br>121 Highway 15<br>Fenton, IA 50539 | | | | $93,015.47 |
| Harold & Shirley Mills<br>191-175th Ave.<br>New Boston, IL 61272 | | | | $84,334.99 |
| Charles Schwab & Co., Inc. | Attn: Securities Ops - Michael Stamy<br>2423 E Lincoln Dr.<br>Phoenix, AZ 85016 | | | $80,143.00 |
| Joan M. Lipsky<br>655 Cottage Grv Ave.<br>Cedar Rapids, IA 52403 | | | | $73,688.60 |
| RBC Wealth Management<br>Inventory Account<br>1120 South 101st St.<br>Omaha, NE 68114 | | | | $73,428.14 |

00456047.DOC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT NO. 258 OF SARPY COUNTY, NEBRASKA<br><br>    Debtor. | Case No.: BK 11-82460<br><br>**CHAPTER 9** |

### DECLARATION CONCERNING LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A MUNICIPALITY

  I, the Chairman of the municipality named as debtor in this case, declare under penalty of perjury that I have read the attached List of Creditors Holding 20 Largest Unsecured Claims, consisting of 2 pages and that it is true and correct to the best of my knowledge, information, and belief.

Date:  September 29, 2011

Signature: */s/ Paul S. McCune*
     Paul S. McCune, Chairman


          SANITARY AND IMPROVEMENT
          DISTRICT NO. 258 OF SARPY COUNTY,
          NEBRASKA,

          By: */s/ Martin P. Pelster*
             Martin P. Pelster, #19223
          Of CROKER, HUCK, KASHER, DeWITT,
             ANDERSON & GONDERINGER, L.L.C.
             2120 South 72nd Street, Suite 1200
             Omaha, Nebraska 68124
             (402) 391-6777

00455969.DOC