Case 11-82460   Doc 6   Filed 09/29/11   Entered 09/29/11 14:44:21   Desc Main
Document   Page 1 of 22

In re   SID 258 of Sarpy County, NE                     Case No.   BK 11-82460
_____Debtor_____                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| A.G. Edwards & Sons, Inc. 2801 Market St. St. Louis, MO 63013 | | | | | | | 859,440.80 |
| ACCOUNT NO. | | | | | | | |
| Brian & Shannon Falkinburg 2213 S River Rock Dr. Papillion, NE 68046 | | | | | | | 6,409.96 |
| ACCOUNT NO. | | | | | | | |
| Charles Schwab & Co. Inc. 2423 E Lincoln Dr. Phoenix, AZ 85016 | | | | | | | 80,143.00 |
| ACCOUNT NO. | | | | | | | |
| Charles Schwab & Co, Inc. (Nieland) 2423 E Lincoln Dr. Phoenix, AZ 85016 | | | | | | | 57,245.00 |

Subtotal➤   $ 1,003,238.76

_____continuation sheets attached

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                    ,        Case No. _____
        **Debtor**                                                           **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dad & Co. 1111 N. 102 Court - Ste 300 Omaha, NE 68114-2194 | | | | | | | 135,970.08 |
| ACCOUNT NO. | | | | | | | |
| David C. Kuehl 2102 Campanile Rd Waterloo, NE 68069 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Dale L. Zadina 47832 Mill Road Ord, NE  68862 | | | | | | | 42,880.57 |
| ACCOUNT NO. | | | | | | | |
| Kenyon & Mary Hoffman 1454 230th St. Boone, IA 50036 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| First Clearing LLC 2801 Market St. St. Louis, MO 63103 | | | | | | | 443,693.95 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $ 645,442.60

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)
Case 11-82460    Doc 6    Filed 09/29/11    Entered 09/29/11 14:44:21    Desc Main
                                    Document        Page 3 of 22
In re __SID 258 of Sarpy County, NE__                                    Case No. _____
                         __Debtor__                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Linsco Private Ledger 9785 Towne Centre Dr. San Diego, CA 92121 | | | | | | | 296,983.42 |
| ACCOUNT NO. | | | | | | | |
| Penfirn Co. C/O Fnb Omaha 1620 Dodge St - SC 1104 Omaha, NE 68197 | | | | | | | 28,979.95 |
| ACCOUNT NO. | | | | | | | |
| Pershing Llc 300 Colonial Center Pkwy 4F Lake Mary, FL 32746 | | | | | | | 45,336.06 |
| ACCOUNT NO. | | | | | | | |
| Reynold & Kathyrn Hochstein 28407 W. Maple Road Waterloo, NE 68069 | | | | | | | 284,591.03 |
| | | | | | Subtotal➤ | | $  655,890.46 |

_____continuation sheets attached

Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re   SID 258 of Sarpy County, NE                    ,                    Case No. _____

        **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Shirley A. Button Trust 835 S. 11th St. Adel, IA 50003-2054 | | | | | | | 3,195.64 |
| ACCOUNT NO. | | | | | | | |
| Michael E. Erman 8748 Frederick St. Omaha, NE 68124 | | | | | | | 109,374.79 |
| ACCOUNT NO. | | | | | | | |
| William L. Grewcock 2123 Mullen Road Omaha, NE 68124 | | | | | | | 532,266.27 |
| ACCOUNT NO. | | | | | | | |
| Douglas / Michelle Grewcock 16334 Hascall St. Omaha, NE 68130 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Gary K. Thrasher 502 Edgewood Court Bellevue, NE 68005 | | | | | | | 22,898.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 690,632.70

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re ___SID 258 of Sarpy County, NE___     Case No. _____
                     Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Satish K. Mediratta<br>9822 Fieldcrest Dr.<br>Omaha, NE 68114 | | | | | | | 34,347.00 |
| ACCOUNT NO.<br><br>Rodney Rhoden<br>1241 Gulf Of Mexico Dr.; 505<br>Longboat Key, FL 34228 | | | | | | | 144,480.82 |
| ACCOUNT NO.<br><br>Phillip Thielen<br>2237 S. 189th Ave. Cir.<br>Omaha, NE 68130-2824 | | | | | | | 22,898.00 |
| ACCOUNT NO.<br><br>John J. & Doris B. Walsh<br>45 English Lane<br>Shelton, CT 06484-5363 | | | | | | | 54,158.42 |
| | | | | | Subtotal➤ | | $    255,884.24 |

_____ continuation sheets attached

                                       Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   SID 258 of Sarpy County, NE          ,          Case No. _____

**Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| William R. Hengstler Po Box 105 Creighton, NE 68729 | | | | | | | 105,753.24 |
| ACCOUNT NO. | | | | | | | |
| Roberta M. Urwiller 16151 W. Eagle Ridge Dr. Surprise, AZ 85374-5119 | | | | | | | 20,113.34 |
| ACCOUNT NO. | | | | | | | |
| Ronald & Joan Bradsby 3705 Gen. Chennault St Ne Albuquerque, NM 87111 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Bill L. & Mary L. Allen 26682 W. 109th St. Olathe, KS 66061 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Jane O. Light 455 Carriage Way Deerfield, IL 60015 | | | | | | | 34,347.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   183,111.58

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   SID 258 of Sarpy County, NE                                   , Case No. _____
                    **Debtor**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pearle I. Gerdes 1724 P. St. Auburn, NE 68305 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Janice L. Pickrel 1304 Road 24 Benedict, NE 68316 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Harvey Pickrel Jr. 1304 Road 24 Benedict, NE 68316 | | | | | | | 45,796.00 |
| ACCOUNT NO. | | | | | | | |
| Vernon & Carin Gerdes 72769 634th Ave. Auburn, NE 68114 | | | | | | | 11,449.00 |

Subtotal➤ | $ | 91,592.00

_____ continuation sheets attached

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __SID 258 of Sarpy County, NE_____ ,    Case No. _____
          **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Robert & Frances Grabbert 713 N. 75th St. Omaha, NE 68114 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Melissa Steiner 9717 Fieldcrest Dr. Omaha, NE 68114 | | | | | | | 30,759.75 |
| ACCOUNT NO. | | | | | | | |
| Rita A. Lorenz 12215 N. 60th St. Omaha, NE 68152 | | | | | | | 57,245.00 |
| ACCOUNT NO. | | | | | | | |
| Fred B. Lorenz 150 Quebec St. Apt 307 Denver, CO 80230 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Dennis & Gaylene Lombardi 517 S. Poplar North Platte, NE 69101 | | | | | | | 11,449.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 133,800.75

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

Case 11-82460    Doc 6    Filed 09/29/11    Entered 09/29/11 14:44:21    Desc Main
Document    Page 9 of 22

In re  SID 258 of Sarpy County, NE
                    Debtor                                                    Case No. _____
                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BPU Partnership 15728 L. St. Omaha, NE 68135 | | | | | | | 32,587.77 |
| ACCOUNT NO. | | | | | | | |
| Melinda Ann Peterson 15005 Cedar Cir. Omaha, NE 68144 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Darlene/Michelle Nothnagel RR 4 Mccook, NE 69001 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| John B. Petrus 516 Cogleywood Ln Council Bluffs, IA 51503 | | | | | | | 68,694.00 |
| | | | | | | Subtotal➤ | $  135,628.77 |
| _____ continuation sheets attached | | | | | | Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                         ,        Case No. _____
_____Debtor_____                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Susan B. Thomas 3473 Fox Hollow Dr. Marietta, GA 30068 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Charles Witt 504 Matthies Dr. Papillion, NE 68046 | | | | | | | 45,796.00 |
| ACCOUNT NO. | | | | | | | |
| Lyle & Audra Hansen 4512 E 42nd St.; 208 Sioux Falls, SD 57110 | | | | | | | 274,776.00 |
| ACCOUNT NO. | | | | | | | |
| Gerald/Angeline Langerman 121 Highway 15 Fenton, IA 50539 | | | | | | | 93,015.47 |
| ACCOUNT NO. | | | | | | | |
| Master Farms LLC 80152 Nine Mile Ave. Arcadia, NE 68815 | | | | | | | 22,898.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   447,934.47

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lavonne M. Lippold 1064 E. 3rd St. Ainsworth, NE 69210 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Firstier Bank PO Box 730 Kimball, NE 69145 | | | | | | | 343,947.95 |
| ACCOUNT NO. | | | | | | | |
| Censtat Financial Inc. PO Box 34350 Omaha, NE 68134 | | | | | | | 114,490.00 |
| ACCOUNT NO. | | | | | | | |
| Fred S. Riebersehl 9920 Devonshire Rd. Omaha, NE 68114 | | | | | | | 38,863.46 |

_____ continuation sheets attached

Subtotal➤  $  520,199.41

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                          ,          Case No. _____
                    Debtor                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gary L. Chrisp PO Box 251 Encampment, WY 82325 | | | | | | | 34,347.00 |
| ACCOUNT NO. | | | | | | | |
| Ralph F. Woodard 16904 O Cir. Omaha, NE 68135 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Kurt W. Gaetner 4008 Road 131 Gurley, NE 69141 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Van & Debra Nerland 38546 128th St. Aberdeen, SD 57401 | | | | | | | 45,796.00 |
| ACCOUNT NO. | | | | | | | |
| A. Robert Thomas 2940 S. 101st St. Omaha, NE 68124 | | | | | | | 34,347.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $ 148,837.00

Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                    Case No. _____
                    Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br> Christopher R. Skoog <br> 1405 Garden Glen Lane <br> Pearland, TX 77581 | | | | | | | 34,347.00 |
| ACCOUNT NO.  <br><br> Larry & Barbara Hagen <br> 2821 S. 100th St. <br> Omaha, NE 68124 | | | | | | | 103,041.00 |
| ACCOUNT NO.  <br><br> Murray Newman <br> PO Box 24169 <br> Omaha, NE 68124 | | | | | | | 23,080.94 |
| ACCOUNT NO.  <br><br> Security National Bank <br> PO Box 31400 <br> Omaha, NE 68131 | | | | | | | 171,735.00 |
| | | | | | | Subtotal➤ | $   332,203.94 |

_____continuation sheets attached

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re   SID 258 of Sarpy County, NE                        ,    Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Aldred E. & Anita Swanson 1501 W. 1st St. North Platte, NE 69101 | | | | | | | 51,046.25 |
| ACCOUNT NO. | | | | | | | |
| Norman P. Mahoney PO Box 807 Sioux City, IA 51102 | | | | | | | 34,347.00 |
| ACCOUNT NO. | | | | | | | |
| Elsasser Chiropractic Oc 16759 L. Cir. Omaha, NE 68135 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Guaranty Bank Ttee PO Box 1807 Cedar Rapids, IA 52406 | | | | | | | 36,877.31 |
| ACCOUNT NO. | | | | | | | |
| RBC Wealth Management 1120 South 101st St. Omaha, NE 68114 | | | | | | | 73,428.14 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 218,596.70

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

Case 11-82460    Doc 6    Filed 09/29/11    Entered 09/29/11 14:44:21    Desc Main

In re  SID 258 of Sarpy County, NE          Document       Page 15 of 22se No. _____
_____
               Debtor                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Randall & Anne Humphreys 3932 Mason Creek Road Winston, GA 30187-1561 | | | | | | | 11,449.00 |
| ACCOUNT NO. Robert J. Huck 2120 S 72nd St., Suite 1200 Omaha, NE 68124-2359 | | | | | | | 42,128.74 |
| ACCOUNT NO. Jean Butterfield 9 Lost Spike Ct. Camdenton, MO 65020 | | | | | | | 45,796.00 |
| ACCOUNT NO. Josefina L. Durin Rev. Trust 3600 Honeyhill Dr. Se Cedar Rapids, IA 52403 | | | | | | | 11,449.00 |
| | | | | | Subtotal➤ | | $  110,822.74 |

_____ continuation sheets attached

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                    ,          Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Michael W. Fuller Fam. Trust 1157 Antrim Ct Marion, IA 52302-8969 | | | | | | | 10,422.17 |
| ACCOUNT NO. | | | | | | | |
| Michael W. Fuller Fam. Trust 1157 Antrim Ct Marion, IA 52302-8969 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Elaine S. Glazier Rev Trust 1573 Cambridge St. Apt 306 Cambridge, MA 02138-4379 | | | | | | | 11,698.73 |
| ACCOUNT NO. | | | | | | | |
| Thomas L. Heabel Trust Po Box 233 Saint Albans, MO 63073-023 | | | | | | | 7,859.96 |
| ACCOUNT NO. | | | | | | | |
| Carol T. Hills Revoc Trust 2008 Balsam Dr. Sw Cedar Rapids, I 52404-2536 | | | | | | | 44,298.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $ 85,727.86

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re ___SID 258 of Sarpy County, NE___    Case No. _____
         **Debtor**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jared S. Hills Revoc Trust 2008 Balsam Dr. SW Cedar Rapids, IA 52404 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Patricia C. Koza 209 Lexington Ave. Iowa City, IA 52246-2414 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Joan M. Lipsky 655 Cottage Grv Ave. Cedar Rapids, IA 52403 | | | | | | | 73,688.60 |
| ACCOUNT NO. | | | | | | | |
| Milo Macek Family Trust 515 38th St. NE Cedar Rapids, IA 52402 | | | | | | | 22,898.00 |
| | | | | | Subtotal➤ | | $ 130,933.60 |
| _____continuation sheets attached | | | Total➤ (Use only on last page of the completed Schedule F.) | | | | $ |

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                    ,        Case No. _____

           **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Marilyn Y. Magid Revoc Trust 1 Research Center Marion, IA 52302-5868 | | | | | | | 131,283.16 |
| ACCOUNT NO.  Bruce & Geraldine McGrath 2278 County Club Pkwy SE Cedar Rapids, IA 52403 | | | | | | | 57,245.00 |
| ACCOUNT NO.  Shari K. Mehlhoff 3120 Pinney Woods Ln Se Cedar Rapids, IA 52403 | | | | | | | 11,449.00 |
| ACCOUNT NO.  Alex A. Meyer Rev Trust PO Box 67 Middle Amana, IA 52307 | | | | | | | 22,898.00 |
| ACCOUNT NO.  Joanne F. Meyer Rev Trust PO Box 67 Middle Amana, IA 52307 | | | | | | | 22,898.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 245,773.16

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  SID 258 of Sarpy County, NE                                    Case No. _____
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Harold D. & Shirley A. Mills 191-175th Ave. New Boston, IL 61272-8524 | | | | | | | 84,334.99 |
| ACCOUNT NO. | | | | | | | |
| Shirley A. Mills 191-175th Ave. New Boston, IL 61272-8524 | | | | | | | 57,245.00 |
| ACCOUNT NO. | | | | | | | |
| Donna M Nocettee Rev Trust 5706 Sw Seymour St Portland, OR 97221-1934 | | | | | | | 45,796.00 |
| ACCOUNT NO. | | | | | | | |
| Thomas Schlesselamn 741 Seminole Dr. Freeport, IL 61032-7131 | | | | | | | 11,050.54 |

Subtotal➤   $   198,426.53

____ continuation sheets attached

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re    SID 258 of Sarpy County, NE                    ,    Case No. _____
    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Anne E. Schley Rev Trust 3181 Silver Oak Trl Marion, IA 52302-9476 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Robert B. Schlet Rev Trust 3181 Silver Oak Trl Marion, IA 52302-9476 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Bonnie K. Schmidt 3575 Cottage Grove Ave Se Cedar Rapids, IA 52402 | | | | | | | 46,376.00 |
| ACCOUNT NO. | | | | | | | |
| Schwichtenberg Fam Irr Tr 1401 Hollywood Blvd Ne Cedar Rapids, IA 52402 | | | | | | | 19,537.29 |
| ACCOUNT NO. | | | | | | | |
| Rose Schwichtenberg Ttees 1401 Hollywood Blvd Ne Cedar Rapids, IA 52402 | | | | | | | 25,912.51 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $ 114,723.80

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __SID 258 of Sarpy County, NE__,    Case No. _____
                **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Patricia Sedlacek Rev Trust 2250 Country Club Pkwy Se Cedar Rapids, IA 52403 | | | | | | | 22,898.00 |
| ACCOUNT NO. | | | | | | | |
| Gladys Wintz 617 Sheridan Rd Waterloo, IA 50701-4939 | | | | | | | 11,449.00 |
| ACCOUNT NO. | | | | | | | |
| Td Ameritrade 1005 N Ameritrade Palce Bellevue, NE 68005 | | | | | | | 57,245.00 |
| ACCOUNT NO. | | | | | | | |
| Wells Fargo Bank N.A. Po Box 1450 Wf 9919 Minneapolis, MN 55485-9919 | | | | | | | 62,438.61 |
| | | | | | Subtotal➤ | | $  154,030.61 |
| _____ continuation sheets attached | | | Total➤ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $  6,503,431.68 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

IN RE:                                                  )                    Case No.: BK 11-82460
                                                        )
SANITARY AND IMPROVEMENT                                )                    **CHAPTER 9**
DISTRICT NO. 258 OF SARPY                               )
COUNTY, NEBRASKA                                        )
                                                        )
                    Debtor.                             )
                                                        )

---

## DECLARATION CONCERNING CREDITORS
## HOLDING UNSECURED NONPRIORITY CLAIMS

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A MUNICIPALITY

I, the Chairman of the municipality named as debtor in this case, declare under penalty of perjury that I have read the attached List of Creditors Holding Unsecured Nonpriority Claims, consisting of 21 pages and that it is true and correct to the best of my knowledge, information, and belief.

Date:        September 29, 2011

Signature:   */s/ Paul S. McCune*
             Paul S. McCune, Chairman


                                    SANITARY AND IMPROVEMENT
                                    DISTRICT NO.  258 OF SARPY COUNTY,
                                    NEBRASKA,

                                    By:   */s/ Martin P. Pelster*
                                          Martin P.  Pelster, #19223
                                    Of    CROKER, HUCK, KASHER, DeWITT,
                                          ANDERSON & GONDERINGER, L.L.C.
                                          2120 South 72nd Street, Suite 1200
                                          Omaha, Nebraska 68124
                                          (402) 391-6777

00456093.DOC